UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| DAVID LAWRENCE | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV10-7723- CAS (MANx) |
| PROGRESSIVE MANAGEMENT SYSTEMS | |
| DEFENDANT(S). | SUMMONS |

TO:   DEFENDANT(S): <u>PROGRESSIVE FINANCIAL SERVICES</u>, INC.

A lawsuit has been filed against you.

Within __24__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Ryan Lee, Esq.</u>_____, whose address is <u>Krohn & Moss, Ltd.; 10474 Santa Monica Blvd., Suite 401; Los Angeles, CA 90025</u>____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __10-151-10__    By: **TANYA DURANT**
Deputy Clerk

(Seal of the Court)   1188

_[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)]._

CV-01A (12/07)   SUMMONS

| Attorney of Party Without Attorney (Name and Address) | | | Telephone No: (323)988-2400 | FOR COURT USE ONLY |
|---|---|---|---|---|
| Krohn & Moss, Ltd. 10474 Santa Monica Blvd. Los Angeles  CA  Suite 401  90025 Attorney For: PLAINTIFF | | | Reference Number: 2755807   CV10-7723- | |

United States District Court
Central District Of California

| Plaintiff/Petitioner: | David Lawrence | | | |
|---|---|---|---|---|
| Defendant/Respondent: | Progressive Management Systems, et al. | | | |

| PROOF OF SERVICE "FILE BY FAX" | Hearing Date: | Time: | Dept./Div.: | Case Number: CV10-7723-CAS(MANX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   Summons & Complaint and Demand for Jury Trial

3a. Party Served       : Progressive Management Systems

3b. Person Served      : Carol Ryan.  Title: Authorized Agent
    Description        : Wht F 50 5'7 200 Blnd Glasses

4.  Address            : 1521 West Cameron Ave  Suite 100
                         West Covina, CA 91790

5a. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on 1/25/2011 at 3:20pm.

6.  The "Notice to Person Served" (on the Summons) was completed as follows:
    (c)  Progressive Management Systems
    Under:  CCP 416.10  (Corporation)

FILE BY FAX PER CRC 2.303

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $ $45.00
Richard Johnson
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.: 6592
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/3/2011

(Signature)

Judicial Council form POS-010       **Proof of Service**       Code Civil Procedure 417.10(f)